IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **TERRELL E. MICKLES,** *BOP Reg. # 11733-003*, Plaintiff, | ) ) ) ) |
| v. | ) **CIVIL ACTION NO. 1:21-00464-JB-N** ) |
| **DEMOCRATIC REPUBLIC PARTY OF AFRICA, DEMOCRATIC REPUBLIC PARTY OF EUROPE,** and **PRESIDENT JOE BIDEN** Defendants. | ) ) ) ) ) ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge (Doc. 2) made under 28 U.S.C. § 636(b)(1)(B)–(C), Federal Rule of Civil Procedure 72(b), and S.D. Ala. GenLR 72(a)(2)(S), and dated November 9, 2021, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Mickles's complaint (Doc. 1) be **DISMISSED without prejudice** under 28 U.S.C. § 1915(g). Final judgment shall issue separately in accordance with this order and Fed. R. Civ. P. 58.

**DONE and ORDERED** this 30th day of November, 2021.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE